# UNITED STATES DISTRICT COURT
for the
Middle District of Tennessee

| | |
|---|---|
| United States of America<br>v.<br><br>CARLOS ALBERTO DIAZ-CHAVEZ<br><br>*Defendant* | )<br>)  Case No. 25-mj-4106<br>)<br>)<br>)<br>) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* CARLOS ALBERTO DIAZ-CHAVEZ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. Section 922(g)(5): Alien in Possession of a Firearm, 18 U.S.C. Section 922(o): Possession of a Machinegun, 21 U.S.C. Section 841(a)(1): Possession with Intent to Distribute Methamphetamine, and 18 U.S.C. Section 924(c): Possession of a Firearm in Furtherance of a Drug Trafficking Crime.

Date: March 27, 2025

*Issuing officer's signature*

City and state:  NASHVILLE, TN        Alistair Newbern, United States Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

*Printed name and title*